Estelle M. Winkenwerder, Appellant, v. Raymond W. Winkenwerder, Appellee.

Gen. No. 45,849.

 Sol R.
Friedman, and I. S. Friedman, for appellant; McKinley, Price & Appleman, for appellee. Opinion by JUSTICE TUOHY. Not to be published in full. Opinion filed December 30, 1952; released for publication January 28, 1953.

